**Order entered April 7, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00036-CV

### JOHN C. GOLFIS, ET AL., Appellants

### V.

### EDWARD "LANNY" HOULLION, INDIVIDUALLY AND AS
### GENERAL PARTNER OF HOULLION FAMILY, L, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13053**

## ORDER

We **GRANT** appellees' April 4, 2016 third motion for an extension of time to file a brief.

Appellees shall file a brief by **MAY 2, 2016**. We caution appellees that no further extension of

time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
JUSTICE